**Electronically Filed
Supreme Court
SCWC-14-0001313
10-MAR-2016
01:01 PM**

SCWC-14-0001313

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GREEN PARTY OF HAWAII, KAREN M. HOLT, ELIZABETH M. RUZE,
MICHAEL KRATZKE, MOANI KEALA AKAKA, KIM DUFFETT,
MARY JO DENNISON and MAKA'ALA KA'AUMOANA,
Petitioners/Plaintiffs-Appellants,

vs.

SCOTT NAGO, Chief Elections Office, State of Hawai'i,
and STATE OF HAWAI'I,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001313; CIVIL NO. 12-1-0956(2))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants' Application for

Writ of Certiorari, filed on January 27, 2016, is hereby

accepted and will be scheduled for oral argument.  The parties

will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, March 10, 2016.

Lance D. Collins
for petitioners

Kimberly Tsumoto Guidry
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

